IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCHESCA FORD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br>CEC ENTERTAINMENT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | No. C 14-01420 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 4, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation in the spring of 2015 following initial discovery.

2. DISCOVERY.

On or before July 17, 2015, the parties shall complete all initial discovery in anticipation of plaintiff's motion for class certification.

CASE MANAGEMENT SCHEDULING ORDER

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. CLASS CERTIFICATION.

A. On or before July 17, 2014, plaintiff will file her motion for class certification. Defendant's opposition shall be due 60 days after the motion is filed. Plaintiff's reply shall be due 35 days after the opposition is filed.

B. Plaintiff's motion for class certification shall be heard on October 29, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

5. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **February 12, 2015 at 11:00 a.m.** All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference to arrange their participation. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED: September 4, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2