1  Robert Drexler (SBN 119119)
   Robert.Drexler@capstonelawyers.com
2  Stan Karas (SBN 222402)
   Stan.Karas@capstonelawyers.com
3  Bevin Allen Pike (SBN 221936)
   Bevin.Pike@capstonelawyers.com
4  Jonathan Lee (SBN 267146)
   Jonathan.Lee@capstonelawyers.com
5  Capstone Law APC
   1840 Century Park East, Suite 450
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiff Franchesca Ford

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

FRANCHESCA FORD, individually, and on behalf of other members of the general public similarly situated,

　　　　Plaintiff,

　　vs.

CEC ENTERTAINMENT, INC., a Kansas corporation; and DOES 1 through 10, inclusive,

　　　　Defendants.

Case No. 3:14-cv-01420-RS

[Assigned to
Hon. Richard Seeborg]

**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULING ORDER**

# ORDER

Having read and considered the parties' Joint Stipulation to Modify Scheduling Order and GOOD CAUSE APPEARING therefore, the Court orders as follows:

1. Plaintiff's July 17, 2015 deadline to file her Motion for Class Certification is vacated.
2. Defendant's September 15, 2015 deadline to file its Opposition to Motion for Class Certification is vacated.
3. Plaintiff's October 20, 2015 deadline to file her Reply in Support of Motion for Class Certification is vacated.
4. The October 29, 2015 Hearing on Motion for Class Certification is vacated.
5. The October 29, 2015 Further Case Management Conference shall remain on calendar until Plaintiff files her Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated: July 16, 2015

Hon. Richard Seeborg
United States District Court Judge