1  Robert J. Drexler, Jr. (SBN 119119)
   Robert.Drexler@capstonelawyers.com
2  Stan Karas (SBN 222402)
   Stan.Karas@capstonelawyers.com
3  Bevin Allen Pike (SBN 221936)
   Bevin.Pike@capstonelawyers.com
4  Jonathan Lee (SBN 267146)
   Jonathan.Lee@capstonelawyers.com
5  Capstone Law APC
   1840 Century Park East, Suite 450
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:  (310) 943-0396

8  Attorneys for Plaintiff Franchesca Ford

9  Donna M. Mezias (SBN 111902)            Christopher Petersen (SBN 260631)
   dmezias@akingump.com                    cpetersen@akingump.com
10 Liz K. Bertko (SBN 268128)              Akin Gump Strauss Hauer & Feld LLP
   lbertko@akingump.com                    2029 Century Park East, Suite 2400
11 Akin Gump Strauss Hauer & Feld LLP      Los Angeles, California 90067
   580 California Street, Suite 1500       Telephone:  (310) 229-1000
12 San Francisco, California 94104         Facsimile:  (310) 229-1001
   Telephone:  (415) 765-9500
13 Facsimile:  (415) 765-9501

14 Attorneys for Defendant CEC
   Entertainment. Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCHESCA FORD, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CEC ENTERTAINMENT, INC., a Kansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-01420-RS<br><br>**NOTICE OF CLASS ACTION SETTLEMENT AND JOINT STIPULATION TO VACATE ALL PENDING HEARINGS AND FILING DEADLINES; [~~PROPOSED~~] ORDER VACATING ALL PENDING HEARINGS AND FILING DEADLINES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Franchesca Ford and Defendant CEC Entertainment, Inc. (collectively, the "Parties") have finalized the terms of a class action settlement which, if approved, would fully resolve all claims pleaded in the instant action on behalf of the plaintiff class. Plaintiff is current preparing the Motion for Preliminary Approval of the Class Action Settlement, which she intends to file within the next 15-30 days.

In furtherance of the settlement, the Parties hereby stipulate, by and through their respective counsel of record, to vacate all pending hearings and filing deadlines, including the Case Management Conference currently scheduled for November 19, 2015.

**IT IS SO STIPULATED.**

Dated:  November 12, 2015         Capstone Law APC

                                  By:  /s/ Robert J. Drexler, Jr.
                                       Robert J. Drexler, Jr.
                                       Stan Karas
                                       Bevin Allen Pike
                                       Jonathan Lee

                                  Attorneys for Plaintiff Franchesca Ford

Dated:  November 12, 2015         Akin Gump Strauss Hauer & Feld LLP

                                  By:  /s/ Christopher Petersen
                                       Donna M. Mezias
                                       Liz K. Bertko
                                       Christopher Petersen

                                  Attorneys for Defendant CEC Entertainment, Inc.

# [~~PROPOSED~~] ORDER VACATING
# ALL PENDING HEARING AND FILING DEADLINES

Based on the foregoing Notice of Settlement and Joint Stipulation, and for good cause shown, the Court hereby vacates all pending hearings and filing deadlines, including the Case Management Conference currently scheduled for November 19, 2015.

**IT IS SO ORDERED.**

Dated: 11/13/15

*[signature]*

Hon. Richard Seeborg
United States District Judge