| | |
|---|---|
| 1 | Robert J. Drexler, Jr. (SBN 119119) |
| | Robert.Drexler@capstonelawyers.com |
| 2 | Bevin Allen Pike (SBN 221936) |
| | Bevin.Pike@capstonelawyers.com |
| 3 | Jonathan Lee (SBN 267146) |
| | Jonathan.Lee@capstonelawyers.com |
| 4 | Capstone Law APC |
| | 1840 Century Park East, Suite 450 |
| 5 | Los Angeles, California 90067 |
| | Telephone:     (310) 556-4811 |
| 6 | Facsimile:      (310) 943-0396 |
| 7 | Attorneys for Plaintiff Franchesca Ford |
| 8 | Donna M. Mezias (SBN 111902) |
| | dmezias@akingump.com |
| 9 | Liz K. Bertko (SBN 268128) |
| | lbertko@akingump.com |
| 10 | Akin Gump Strauss Hauer & Feld LLP |
| | 580 California Street, Suite 1500 |
| 11 | San Francisco, California 94104 |
| | Telephone:     (415) 765-9500 |
| 12 | Facsimile:      (415) 765-9501 |
| 13 | Attorneys for Defendant CEC Entertainment, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCHESCA FORD, individually, and on behalf of other members of the general public similarly situated, | Case No. 3:14-cv-01420-RS |
| | ORDER |
| | **JOINT STIPULATION TO AMEND SCHEDULE FOR SETTLEMENT ADMINISTRATION** |
| Plaintiff, | |
| vs. | |
| CEC ENTERTAINMENT, INC., a Kansas corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

This Joint Stipulation is made and entered into by and between Plaintiff Franchesca Ford ("Plaintiff"), by and through her counsel of record, and Defendant CEC Entertainment, Inc. ("Defendant") (collectively with Plaintiff, the "Parties"), by and through its counsel of record.

**WHEREAS**, on March 28, 2016, the Court entered an order granted preliminary approval of the Parties' settlement (the "Order");

**WHEREAS**, per the Order, the Claims Administrator was scheduled to mail the Notice Packets by April 22, 2016;

**WHEREAS**, the mailing of the Notice Packets was delayed pending the final calculation by Defendant of the total weeks worked by certain Class Members during the Class Period, which is the basis for calculating settlement payments;

**WHEREAS**, the work week calculations are now complete and the Notice Packets are ready to be mailed;

**NOW THEREFORE,** the Parties would jointly ask the Court to approve the following amended schedule for settlement administration.

| Date | Event |
|---|---|
| May 13, 2016 | Last day for the Settlement Administrator to mail the Class Notice to all Class Members. |
| June 28, 2016 | Last day for Plaintiff to file the Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. |
| July 12, 2016 | Last day for Class Members to submit Requests for Exclusion or objections to the Settlement. |
| July 19, 2016 | Last day for Plaintiff to file the Motion for Final Approval of Class Action Settlement. |
| August 11, 2016 at 1:30 p.m. | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. |

**IT IS SO STIPULATED.**

Dated: May 5, 2016                         Respectfully submitted,

                                           Capstone Law APC

                                           By: /s/ Robert J. Drexler, Jr.
                                           Robert J. Drexler, Jr.
                                           Bevin Allen Pike
                                           Jonathan Lee
                                           Attorneys for Plaintiff Franchesca Ford


Dated: May 5, 2016                         Respectfully submitted,

                                           Akin Gump Strauss Hauer & Feld LLP


                                           By: /s/ Donna M. Mezias
                                           Donna M. Mezias
                                           Attorneys for Defendant CEC Entertainment, Inc.

### [~~PROPOSED~~] ORDER

Based on the Parties' stipulation, and **GOOD CAUSE** having been shown, the Court hereby approves the following modified schedule for settlement administration:

| Date | Event |
| --- | --- |
| May 13, 2016 | Last day for the Settlement Administrator to mail the Class Notice to all Class Members. |
| June 28, 2016 | Last day for Plaintiff to file the Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. |
| July 12, 2016 | Last day for Class Members to submit Requests for Exclusion or objections to the Settlement. |
| July 19, 2016 | Last day for Plaintiff to file the Motion for Final Approval of Class Action Settlement. |
| August 11, 2016 at 1:30 p.m. | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. |

**IT IS SO ORDERED.**

Dated: 5/5/16

Hon. Richard Seeborg
United States District Judge