Robert J. Drexler, Jr. (SBN 119119)
Robert.Drexler@capstonelawyers.com
Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Franchesca Ford

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| FRANCHESCA FORD, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CEC ENTERTAINMENT, INC., a Kansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-01420-RS<br><br>[~~PROPOSED~~] JUDGMENT |
|---|---|

# JUDGMENT

Pursuant to the Order Granting the Motion for Final Approval of Class Action Settlement and the Order Granting the Motion for Attorneys' Fees, Costs and Expenses, and a Class Representative Incentive Award, it is hereby **ORDERED**, **ADJUDGED, AND DECREED** as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Order Granting the Motion for Final Approval of Class Action Settlement and the Order Granting the Motion for Attorneys' Fees, Costs and Expenses, and a Class Representative Incentive Award (the "Orders") and the Parties' Amended Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement").  Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. As provided by the Orders, all Class Members who were mailed notice of the settlement and did not timely opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Orders and Judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: 11/18/16

Hon. Richard Seeborg
United States District Judge